UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-49-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **RASHAWN DEVON PRIOLEAU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's Sealed Motion to Extend Report Date and Modify Conditions. (#45). Having considered the matter, the Court enters the following Order.

**ORDER**

Upon motion of the Defendant and for good cause shown, the Court hereby defers the reporting date of Defendant, Rashawn Prioleau, to a date no sooner than March 30, 2022.

The Court further orders that Defendant's conditions of release be modified such that he is no longer on home detention, but that he shall remain on location monitoring. All other conditions shall remain the same.

The Clerk of Court is directed to certify a copy of this ORDER to the United States Bureau of Prisons and/or the United States Marshal for the Middle District of North Carolina.

Signed: December 17, 2021

Max O. Cogburn Jr
United States District Judge