**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cr-49-MOC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **RASHAWN PRIOLEAU,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on Defendant's Sealed Motion to Extend Report Date. (#49). Having considered the matter, the Court enters the following Order.

**ORDER**

Upon motion of the Defendant and for good cause shown, the Court hereby defers the reporting date of Defendant, Rashawn Prioleau, to a date no sooner than April 30, 2022.

The Clerk of Court is directed to certify a copy of this ORDER to the United States Bureau of Prisons and/or the United States Marshal for the Western District of North Carolina.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge